# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| PRS INSURANCE GROUP, INC., et al. | : Case No. 00-4070 (MFW) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| SEAN C. LOGAN, in his capacity as Chapter 11 Trustee of PRS INSURANCE GROUP, INC., et al. | : Adv. Pro. No. 05-50819 |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| CREDIT GENERAL INSURANCE COMPANY and CREDIT GENERAL INDEMNITY COMPANY, | : |
| | : |
| Defendants. | : |

## NOTICE OF APPEAL FROM ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND ORDER DENYING MOTION FOR RECONSIDERATION AND CLARIFICATION/ CORRECTION OF THE ORDER DENYING DEFENDANTS' MOTION TO DISMISS

Ann H. Womer Benjamin, Superintendent of the Ohio Department of Insurance, in her capacity as Liquidator (the "Liquidator") of Defendants Credit General Insurance Company and Credit General Indemnity Company, (hereinafter collectively "CGIC"), by and through counsel, hereby appeals to the United States District Court for the District of Delaware from (1) the *Order Denying Motion of Liquidator of Credit General Insurance Company and Credit General Indemnity Company to Reconsider the Court's Memorandum Opinion and Order Denying Motion to Dismiss or Stay*, entered on December 19, 2005 (D.I. 22) and the associated opinion of even date (D.I. 21).

DEL1 63184-1

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Plaintiffs:** | **Defendants:** |
|---|---|
| Sean C. Logan, in his capacity as Chapter 11 Trustee of PRS Insurance Group, Inc., et al. | Credit General Insurance Company And Credit General Indemnity Company, by and through Ann H. Womer Benjamin, Superintendent of Insurance, Ohio Department of Insurance, in her capacity as Liquidator of Credit General Insurance Company and Credit General Indemnity Company |
| **Counsel:** | **Counsel:** |
| Maureen D. Luke, Esq.<br>Edward J. Kosmowski, Esq.<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR LLP<br>The Brandywine Building<br>1000 North West Street, 17th Floor<br>Wilmington, DE 19899<br><br>- and -<br><br>Harold S. Horwich, Esq.<br>Stephen M. Hryniewicz, Esq.<br>BINGHAM MCCUTCHEN LLP<br>One State Street<br>Hartford, CT 06103 | Steven K. Kortanek (#3106)<br>KLEHR, HARRISON, HARVEY,<br>  BRANZBURG & ELLERS, LLP<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5503 – Telephone<br>(302) 426-9193 – Facsimile<br><br>- and -<br><br>Stephen G. Schweller<br>Susan M. Luken<br>DINSMORE & SHOHL LLP<br>1900 Chemed Center<br>255 East Fifth Street<br>Cincinnati, OH 45202<br>(513) 977-8200 |

DEL1 63184-1

December 28, 2005                    KLEHR, HARRISON, HARVEY,
               BRANZBURG & ELLERS, LLP


          By: _____
            Steven K. Kortanek (#3106)
            919 N. Market Street, Suite 1000
            Wilmington, DE 19801
            (302) 552-5503 – Telephone
            (302) 426-9193 – Facsimile

              - and -

            DINSMORE & SHOHL LLP
            Stephen G. Schweller
            Susan M. Luken
            1900 Chemed Center
            255 East Fifth Street
            Cincinnati, OH 45202
            (513) 977-8200

            *Co-Counsel for Ann H. Womer Benjamin,*
            *Superintendent of Insurance, Ohio Department of*
            *Insurance, in her capacity as Liquidator of Credit*
            *General Insurance Company and Credit General*
            *Indemnity Company*