IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PRS INSURANCE GROUP, INC., | ) Bk. No. 00-4070(MFW) |
| et al., | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| ------------------------------- | |
| SEAN C. LOGAN, in his capacity | ) |
| as Chapter 11 Trustee of PRS | ) |
| Insurance Group, Inc., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Misc. No. 06-17-SLR |
| | ) |
| CREDIT GENERAL INSURANCE | ) |
| COMPANY, and CREDIT GENERAL | ) |
| INDEMNITY COMPANY, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this ___ day of March, 2006, having reviewed defendants' motion for leave to appeal order denying defendants' motion to dismiss;

IT IS ORDERED that defendants' motion (D.I. 1) is denied for the reasons set forth in Bankruptcy Court's Memorandum Opinion and Order of December 19, 2005.

_____
United States District Judge